■ ELIZABETH M. ABBE, Respondent, v HERBERT J. ABBE, Appellant. — In a divorce action, defendant husband appeals from so much of an order of the Supreme Court, Nassau County (Morrison, J.), dated July 13, 1983, as awarded plaintiff *pendente lite* relief of $150 per week for her support and maintenance, $250 per week child support, $500 per month support for July and August, 1983, interim counsel fees of $1,000, and interim actuarial, accountant's and appraisal fees of $1,500. Order modified, on the facts, by adding a provision allocating the $500 per month award for July and August, 1983 as 37.5% maintenance and 62.5% child support. As so modified, order affirmed, without costs or disbursements. We have allocated, as between maintenance and child support, the additional support award for the summer months during which time plaintiff receives no paycheck, in the same percentage breakdown found in the ongoing weekly support payments. The award of expert fees was proper (see Domestic Relations Law, § 237, subd [c], added by L 1983, ch 86). Titone, J. P., Lazer, O'Connor and Boyers, JJ., concur.

■ ALEX DERECHIN & SON, INC., et al., Appellants, v HERMAN FIELD et al., Defendants, and ROGER FIELD, Respondent. — In an action, *inter alia,* to recover damages for breach of an option agreement for the sale of real property, plaintiffs appeal from so much of an order of the Supreme Court, Kings County (Aronin, J.), dated January 3, 1983, as granted defendant Roger Field's motion to dismiss the complaint as against him, and amended the caption in the instant action by deleting his name as a party defendant. Order affirmed insofar as appealed from, with costs. On the record before us it is clear that defendant Roger Field raised the Statute of Frauds timely as an affirmative defense in his amended answer (CPLR 3211, subd [e]; see *Raoul v Olde Vil. Hall,* 76 AD2d 319; *Reich v Knopf,* 65 AD2d 618). We have considered plaintiffs' remaining contentions and find they have no merit. Titone, J. P., Lazer, O'Connor and Boyers, JJ., concur.